STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Derrick Broussard
Caldwell Correctional Center DOC No. 12580
671 Hwy. 845
Grayson La 71435

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 1, 2022

**REHEARING ACTION: June 1, 2022**

**Docket Number: 21  00386-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DERRICK BROUSSARD**

**Writ Application from Acadia Parish Case No. 80489**

**BEFORE JUDGES:**

   **Hon. Billy Howard Ezell**
   **Hon. John E. Conery**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing (on the writ denial of April 26, 2022) filed by **Derrick Broussard** is:

   **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Donald Dale Landry, Counsel for  the Respondent